**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-7496**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SCOTTIE JENKINS,

Defendant - Appellant.

───────────

**No. 03-7497**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SCOTTIE JENKINS,

Defendant - Appellant.

───────────

Appeals from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge.  (CR-99-769; CA-03-131-7-13AK)

───────────

Submitted: February 12, 2004      Decided:  February 20, 2004

───────────

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

---

Scottie Jenkins, Appellant Pro Se. Elizabeth Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Scottie Jenkins seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000), and the district court's order denying his Fed. R. Civ. P. 59(e) motion for reconsideration. The order is appealable only if a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Jenkins has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -